**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Case No. 23-22722-CMB |
| | ) |
| Jeffrey Brehm | ) Chapter 13 |
| | ) |
| Debtor | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please enter the appearance of Francis E. Corbett., on behalf of Interested Party, NCI Industries, LLC, in the above-captioned proceeding and it is hereby respectfully requested that all notices be sent on behalf of the Interested Party to counsel's address.

**DATE**: 01/17/23

/s/Francis E. Corbett
**Francis E. Corbett, Esquire PA ID #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 23-22722-CMB |
| | ) |
| **Jeffrey Brehm** | ) Chapter 13 |
| | ) |
| Debtor | ) |
| | ) |

### Certificate of Service of Notice of Appearance and Request for Notices

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below via NECF.

Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov
Kenneth Steidl, Esquire julie.steidl@steidl-steinberg.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
Ronda J. Winnecour, Esquire cmecf@chapter13trusteewdpa.com

EXECUTED ON: 01/17/23                /s/Francis E. Corbett_____
                                     **Francis E. Corbett, Esquire PA ID #37594**
                                     **fcorbett@fcorbettlaw.com**
                                     **Mitchell Building - 707**
                                     **304 Ross Street**
                                     **Pittsburgh, PA  15219-2230**
                                     **(412) 456-1882**