IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 23-22722-CMB |
| Jeffrey T. Brehm | ) Chapter 13 |
| Debtor | ) |
| | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:    Clerk of Courts

Please enter our appearance on behalf of County of Allegheny in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**County of Allegheny**
**GRB Law**
**Joseph J. Perotti, Jr., Esquire**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**

Executed on:

<u>January 25, 2024</u>

                                        GRB Law,

            By:            /s/ Joseph J. Perotti, Jr.
                           Joseph J. Perotti, Jr., Esquire
                           Pa I.D. No. 313909
                           525 William Penn Place
                           Suite 3110
                           Pittsburgh, PA 15219
                           412-281-0587
                           jperotti@grblaw.com
                           Attorney for Movants

2236212.29

DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for County of Allegheny, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)   That there are no other requests to receive notices on behalf of this creditor, or

(  )   that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 25, 2024.

                GRB Law,

By:   /s/ Joseph J. Perotti, Jr.
      Joseph J. Perotti, Jr., Esquire
      Pa I.D. No. 313909
      525 William Penn Place
      Suite 3110
      Pittsburgh, PA 15219
      412-281-0587
      jperotti@grblaw.com
      Attorney for Movants

2236212.29