IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-22722

DEBTOR(S):

JEFFREY T BREHM

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 16 IN THE AMOUNT OF $4,403.77

CREDITOR'S SIGNATURE:

*/s/ Star Tumminelli*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/23/2024