**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| Jeffrey T. Brehm | ) | Case No. 23-22722 – CMB |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**          ☒ **Chapter 13 Plan dated: 1/2/24**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**          ☐ **Amended Chapter 13 dated: _____**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1,340.00 effective 1/1/24.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case**: *Only those provisions which are checked below apply to this case:*

☒          A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $1,354.00, beginning 3/24. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

-1-

☐    B.  The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐    C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.  The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒    G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
- County of Allegheny CL#6
- Pennymac CL#11

☐    H.  The secured claims of the following creditors shall govern as to claim amount,

-2-

to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:

_____

☐    I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐    J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒    K.  Additional Terms and Conditions:

- US Department of HUD CL#2 is not to be paid through Plan as not provided for in plan on the basis that the claim does not require current payment.
- NCI CL# 12 to remain on reserve pending transfer of title.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

2. <u>**Deadlines**</u>. **The following deadlines are hereby established and apply to this case:**

A.    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

B.    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended

-3-

plan.

**C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.**    **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.**    **Additional Provisions.  The following additional provisions apply in this case:**

**A.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.**    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

**F.**    In the event that any order is entered in this case granting relief from the automatic

-4-

stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated: _____    3/1/2024

United States Bankruptcy Judge    **dmk**

cc:  All Parties in Interest to be served by Clerk

FILED
3/1/24 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-5-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 23-22722-CMB

Jeffrey T. Brehm                                                                           Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey T. Brehm, 1340 Broadway St., East Mc Keesport, PA 15035-1610 |
| 15668441 | | Children's Place, PO Box 653058, Dallas, TX 75265-3058 |
| 15673956 | + | East McKeesport Refuse, 907 Florence Avenue, East Mc Keesport, PA 15035-1268 |
| 15673966 | + | Magisterial District Judge 05-2-11, Honorable Roxanne Sokaian Eichler, 371 Lincoln Highway, North Versailles, PA 15137-1680 |
| 15668457 | + | Magisterial District Judge 05-2-32, Judge Leonard J. Hromyak, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15668458 | + | Mariner, 1800 Golden Mile Hwy Ste. 102, Pittsburgh, PA 15239-2893 |
| 15687373 | + | NCI Industries, LLC, 4134 Old William Penn Highway, Monroeville, PA 15146-1620 |
| 15668464 | + | Peoples, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15669363 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 15668474 | + | WebBank, 6440 South Wasatch Blvd., Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2024 01:29:49 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2024 01:28:06 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 02 2024 01:05:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15668434 | + | Email/Text: bk@avant.com | Mar 02 2024 01:05:00 | Avant, 640 North LaSalle Drive, Suite 535, Chicago, IL 60654-3731 |
| 15668439 | | Email/Text: bankruptcy@cavps.com | Mar 02 2024 01:05:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15668436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 01:53:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15668435 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2024 01:53:43 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15668438 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 02 2024 01:29:41 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15668437 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 02 2024 01:53:12 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15687820 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2024 02:08:24 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15672539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0315-2                    User: auto                              Page 2 of 5
Date Rcvd: Mar 01, 2024              Form ID: pdf900                   Total Noticed: 64

| | | | |
|---|---|---|---|
| | | Mar 02 2024 01:27:54 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15668440 | + Email/Text: bankruptcy@cavps.com | | |
| | | Mar 02 2024 01:05:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15669294 | + Email/Text: bankruptcy@cavps.com | | |
| | | Mar 02 2024 01:05:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15668442 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 02:19:22 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15668443 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 01:29:02 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15688440 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 01:29:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15668444 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 01:29:42 | Citibank/Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15678405 | + Email/Text: ebnjts@grblaw.com | | |
| | | Mar 02 2024 01:05:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15668456 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 01:29:51 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15678769 | + Email/Text: mrdiscen@discover.com | | |
| | | Mar 02 2024 01:04:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 15668445 | + Email/Text: mrdiscen@discover.com | | |
| | | Mar 02 2024 01:04:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15668446 | + Email/Text: mrdiscen@discover.com | | |
| | | Mar 02 2024 01:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15668447 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Mar 02 2024 01:05:00 | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15688397 | + Email/Text: jdryer@bernsteinlaw.com | | |
| | | Mar 02 2024 01:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15668449 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 02 2024 01:05:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15668448 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Mar 02 2024 01:05:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15682356 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Mar 02 2024 01:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15668451 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Mar 02 2024 01:05:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15668450 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Mar 02 2024 01:05:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15668452 | ^ MEBN | | |
| | | Mar 02 2024 00:43:08 | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15668454 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 02 2024 01:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15668453 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 02 2024 01:05:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15688306 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 02 2024 01:29:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15668455 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Mar 02 2024 01:27:56 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |

District/off: 0315-2 | User: auto | Page 3 of 5
Date Rcvd: Mar 01, 2024 | Form ID: pdf900 | Total Noticed: 64

| | | | |
|---|---|---|---|
| 15668460 | + Email/Text: bankruptcy@marinerfinance.com | Mar 02 2024 01:05:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15668459 | + Email/Text: bankruptcy@marinerfinance.com | Mar 02 2024 01:05:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15682967 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:05:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15689522 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 01:53:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15668465 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 01:29:02 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15668466 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 01:53:24 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15668462 | + Email/PDF: ebnotices@pnmac.com | Mar 02 2024 01:27:55 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15668463 | + Email/PDF: ebnotices@pnmac.com | Mar 02 2024 01:54:11 | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15668461 | + Email/PDF: ebnotices@pnmac.com | Mar 02 2024 01:29:17 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15684613 | + Email/PDF: ebnotices@pnmac.com | Mar 02 2024 01:29:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15673938 | + Email/Text: ebnpeoples@grblaw.com | Mar 02 2024 01:05:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15676081 | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2024 01:05:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15668467 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2024 01:53:41 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15668468 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 02 2024 01:53:50 | Synchrony Bank/Walmart, PO Box 965003, Orlando, FL 32896-5003 |
| 15668469 | Email/Text: bknotice@upgrade.com | Mar 02 2024 01:04:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15668471 | Email/Text: bknotice@upgrade.com | Mar 02 2024 01:04:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15688298 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 02 2024 01:05:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15668472 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 02 2024 01:05:00 | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 15668473 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 02 2024 01:05:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15668475 | Email/Text: pitbk@weltman.com | Mar 02 2024 01:05:00 | Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, James Peter Valecko, Esq., Pittsburgh, PA 15219-1842 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2                          User: auto                                    Page 4 of 5
Date Rcvd: Mar 01, 2024                       Form ID: pdf900                        Total Noticed: 64

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | *+ | NCI Industries, LLC, 4134 Old William Penn Highway, Monroeville, pa 15146-1620 |
| 15673942 | *+ | Avant, 640 North LaSalle Drive, Suite 535, Chicago, IL 60654-3731 |
| 15673947 | *P++ | CAVALRY PORTFOLIO SERVICES LLC, 500 SUMMIT LAKE DR, STE 400, VALHALLA NY 10595-2321, address filed with court:, Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15673944 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15673943 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15673946 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15673945 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15673948 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15673949 | * | Children's Place, PO Box 653058, Dallas, TX 75265-3058 |
| 15673950 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15673951 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15673952 | *+ | Citibank/Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15673965 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15673953 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15673954 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15673955 | *+ | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15673958 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15673957 | *+ | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15673960 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15673959 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15673961 | *+ | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15673963 | *+ | Kohls/capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15673962 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15673964 | *+ | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15673967 | *+ | Magisterial District Judge 05-2-32, Judge Leonard J. Hromyak, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15673968 | *+ | Mariner, 1800 Golden Mile Hwy Ste. 102, Pittsburgh, PA 15239-2893 |
| 15673970 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15673969 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15684455 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15673975 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15673976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15673972 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15673973 | *+ | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15673971 | *+ | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15673974 | *+ | Peoples, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15673977 | * | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15673978 | * | Synchrony Bank/Walmart, PO Box 965003, Orlando, FL 32896-5003 |
| 15668470 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673979 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673980 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673981 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15673982 | * | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 15673983 | *+ | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15673984 | *+ | WebBank, 6440 South Wasatch Blvd., Suite 300, Salt Lake City, UT 84121-3518 |
| 15673985 | * | Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, James Peter Valecko, Esq., Pittsburgh, PA 15219-1842 |

TOTAL: 1 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Interested Party NCI Industries  LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County of Allegheny jperotti@grblaw.com  KNicely@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey T. Brehm julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8