**Fill in this information to identify your case:**

Debtor 1  **Jeffrey T. Brehm**
           First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number   **23-22722**
(if known)

---

Official Form 423
## Certification About a Financial Management Course                               12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

**After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.**

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1:  Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

   Date I took the course        **04/16/2024**

   Name of approved provider     **Advantage Credit Counseling Services, Inc.**

   Certificate Number            **01721-PAW-DE-038386335**

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

   ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**  I am currently on active military duty in a military combat zone.

   ☐ **Residence.**    I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:  Sign Here

I certify that the information I have provided is true and correct.

**/s/ Jeffrey T. Brehm**                          **Jeffrey T. Brehm**              Date   **April 17, 2024**
Signature of debtor named on certificate          Printed name of debtor

---

Official Form 423                          **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-038386335

Bankruptcy Case Number: 23-22722



01721-PAW-DE-038386335

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 16, 2024</u>, at <u>7:11</u> o'clock <u>PM EDT</u>, <u>Jeffrey T Brehm</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 16, 2024</u>              By:   <u>/s/Robin Vasselo</u>

                                          Name:  <u>Robin Vasselo</u>

                                          Title: <u>Counselor</u>