# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 23-22722-CMB |
| | ) |
| Jeffrey T. Brehm, | ) Chapter 13 |
| | ) |
| Debtor, | ) Document No. |
| | ) |
| NCI Industries, LLC, | ) |
| | ) Related to Doc. 32 |
| Movant, | ) |
| vs. | ) |
| | ) Hearing Date: 06/03/24 1:30 p.m. |
| Jeffrey T. Brehm and | ) |
| Ronda J. Winnecour, Trustee, | ) Response Due: 05/21/24 |
| | ) |
| Respondents. | ) |
| | ) |

### Certification of No Objection Regarding
### Motion for the Abandonment of Real Estate –
### Document No. 32

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 30, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 21, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 05/22/24        /s/ Francis E. Corbett
                                Francis E. Corbett, Esquire, PA I.D. #37594
                                fcorbett@fcorbettlaw.com
                                1420 Grant Building
                                310 Grant Street
                                Pittsburgh, PA  15219
                                (412) 456-1882