IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 23-22722-CMB |
| | ) |
| Jeffrey T. Brehm, | ) Chapter 13 |
| | ) |
| Debtor, | ) Document No. 32 |
| | ) |
| NCI Industries, LLC, | ) |
| | ) |
| Movant, | ) |
| vs. | ) |
| | ) Hearing Date: 06/03/24 1:30 p.m. |
| Jeffrey T. Brehm and | ) |
| Ronda J. Winnecour, Trustee, | ) Response Due: 05/21/24 |
| | ) |
| Respondents. | ) |
| | ) |

**ENTERED BY DEFAULT**
<u>ORDER OF COURT</u>

**AND NOW,** this __22nd__ day of __May__, 2024, on the Motion for the Abandonment of Real Estate filed by NCI Industries, LLC, and pursuant to 11 U.S.C. §554(b), it is hereby **ORDERED, ADJUDGED AND DECREED** that the Debtor's property located at 127 Dunbar Drive, Wilkins Township, Allegheny County is abandoned from the bankruptcy case and estate.

FILED
5/22/24 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

_/s/ Carlota M. Böhm_    dmk
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22722-CMB |
| Jeffrey T. Brehm | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey T. Brehm, 1340 Broadway St., East Mc Keesport, PA 15035-1610 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

**Name        Email Address**

Denise Carlon
  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Francis E. Corbett
  on behalf of Interested Party NCI Industries  LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com

Jeffrey Hunt
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joseph James Perotti, Jr
  on behalf of Creditor County of Allegheny jperotti@grblaw.com  KNicely@grblaw.com

Kenneth Steidl
  on behalf of Debtor Jeffrey T. Brehm julie.steidl@steidl-steinberg.com
  ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 22, 2024 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8