# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

**Jeffrey T. Brehm**

Case No. 23-22722 CMB

Chapter 13

**Debtor(s).**

_____

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❏ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: DEBTOR

- ❏ a motion to lift stay
  as to creditor   _____

- ❏ Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated January 2, 2024
❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $ 1,354.00 to $1,627.00  per month, effective July 2025; and/or the Plan term shall be changed from ___ months to ____ months.          .

[04/22]                                      -1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
- Peoples Gas paid per order entered 2.10.2025 (doc 41) as a priority administrative claim.
- PennyMac Loan Servicing (cl#11) shall be paid $602.39 per the Notice of Mortgage Payment Change dated December 6, 2024.
- The pool to general unsecured creditors is revised to $25,063.68 (100%).

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                                    -2-

**SO ORDERED**, this <u>1st</u> day of <u>July</u>, 202<u>5</u>

SIGNED
7/1/25 11:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

[04/22]                                              -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 23-22722-CMB
Jeffrey T. Brehm                                                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: auto                                 Page 1 of 5
Date Rcvd: Jul 01, 2025                         Form ID: pdf900                           Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey T. Brehm, 1340 Broadway St., East Mc Keesport, PA 15035-1610 |
| 15668441 | | Children's Place, PO Box 653058, Dallas, TX 75265-3058 |
| 15673956 | + | East McKeesport Refuse, 907 Florence Avenue, East Mc Keesport, PA 15035-1268 |
| 16539004 | | LCI Bank, 111, Anza, San Jose, DC, 98076 |
| 15673966 | + | Magisterial District Judge 05-2-11, Honorable Roxanne Sokaian Eichler, 371 Lincoln Highway, North Versailles, PA 15137-1680 |
| 15668457 | + | Magisterial District Judge 05-2-32, Judge Leonard J. Hromyak, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15668458 | + | Mariner, 1800 Golden Mile Hwy Ste. 102, Pittsburgh, PA 15239-2893 |
| 15687373 | + | NCI Industries, LLC, 4134 Old William Penn Highway, Monroeville, PA 15146-1620 |
| 15668464 | + | Peoples, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15668474 | + | WebBank, 6440 South Wasatch Blvd., Suite 300, Salt Lake City, UT 84121-3518 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 01:06:46 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 01:06:02 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 02 2025 00:57:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15668434 | + | Email/Text: bk@avant.com | Jul 02 2025 00:58:00 | Avant, 640 North LaSalle Drive, Suite 535, Chicago, IL 60654-3731 |
| 15668439 | | Email/Text: bankruptcy@cavps.com | Jul 02 2025 00:57:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15668436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 01:06:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15668435 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 01:06:02 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15668438 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 02 2025 01:06:25 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15668437 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 02 2025 01:05:53 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15687820 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 01:17:30 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15672539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 23-22722-CMB   Doc 49   Filed 07/03/25   Entered 07/04/25 00:37:47   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Jul 01, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| | | | |
| --- | --- | --- | --- |
| | | Jul 02 2025 01:16:59 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15668440 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 02 2025 00:57:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15669294 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 02 2025 00:57:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15668442 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:16:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15668443 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:06:25 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15688440 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:06:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15668444 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:06:42 | Citibank/Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15678405 | + Email/Text: ebnjts@grblaw.com | | |
| | | Jul 02 2025 00:57:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15668456 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:17:07 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15678769 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 02 2025 00:57:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 15668445 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 02 2025 00:57:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15668446 | + Email/Text: mrdiscen@discover.com | | |
| | | Jul 02 2025 00:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15668447 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Jul 02 2025 00:58:00 | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15688397 | + Email/Text: jdryer@bernsteinlaw.com | | |
| | | Jul 02 2025 00:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15668449 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jul 02 2025 00:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15668448 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jul 02 2025 00:57:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15682356 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 02 2025 00:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15668451 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 02 2025 00:57:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15668450 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 02 2025 00:57:00 | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15668452 | ^ MEBN | | |
| | | Jul 02 2025 00:53:48 | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15668454 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 02 2025 01:06:41 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15668453 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 02 2025 01:17:07 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15688306 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 02 2025 01:06:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15668455 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 02 2025 01:06:46 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 15668460 | + Email/Text: bankruptcy@marinerfinance.com | Jul 02 2025 00:57:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15668459 | + Email/Text: bankruptcy@marinerfinance.com | Jul 02 2025 00:57:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15682967 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2025 00:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15689522 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2025 01:17:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15668465 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2025 01:17:48 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15668466 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2025 01:06:39 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15668462 | + Email/PDF: ebnotices@pnmac.com | Jul 02 2025 01:17:51 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15668463 | + Email/PDF: ebnotices@pnmac.com | Jul 02 2025 01:06:25 | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15668461 | + Email/PDF: ebnotices@pnmac.com | Jul 02 2025 01:05:56 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15684613 | + Email/PDF: ebnotices@pnmac.com | Jul 02 2025 01:06:27 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15673938 | + Email/Text: ebnpeoples@grblaw.com | Jul 02 2025 00:57:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15676081 | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2025 00:57:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15668467 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2025 01:17:10 | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15668468 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2025 01:16:58 | Synchrony Bank/Walmart, PO Box 965003, Orlando, FL 32896-5003 |
| 15668469 | Email/Text: bknotice@upgrade.com | Jul 02 2025 00:57:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15668471 | Email/Text: bknotice@upgrade.com | Jul 02 2025 00:57:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15688298 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2025 00:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15668472 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2025 00:57:00 | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 15668473 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2025 00:57:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15669363 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 02 2025 01:06:25 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 15668475 | Email/Text: pitbk@weltman.com | Jul 02 2025 00:57:00 | Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, James Peter Valecko, Esq., Pittsburgh, PA 15219-1842 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| intp | *+ | NCI Industries, LLC, 4134 Old William Penn Highway, Monroeville, pa 15146-1620 |
| 15673942 | *+ | Avant, 640 North LaSalle Drive, Suite 535, Chicago, IL 60654-3731 |
| 15673947 | *P++ | CAVALRY PORTFOLIO SERVICES LLC, 500 SUMMIT LAKE DR, STE 400, VALHALLA NY 10595-2321, address filed with court:, Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 15673944 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15673943 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15673946 | *+ | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15673945 | * | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 15673948 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15673949 | * | Children's Place, PO Box 653058, Dallas, TX 75265-3058 |
| 15673950 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15673951 | *+ | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15673952 | *+ | Citibank/Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15673965 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15673953 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15673954 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15673955 | *+ | Duquesne Light, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15673958 | *+ | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15673957 | *+ | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15673960 | *+ | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 15673959 | *+ | Jefferson Capital Systems, LLC, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15673961 | *+ | KML Law Group, P.C., Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15673963 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15673962 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15673964 | *+ | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15673967 | *+ | Magisterial District Judge 05-2-32, Judge Leonard J. Hromyak, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15673968 | *+ | Mariner, 1800 Golden Mile Hwy Ste. 102, Pittsburgh, PA 15239-2893 |
| 15673970 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15673969 | *+ | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15684455 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15673975 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 15673976 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15673972 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15673973 | *+ | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 15673971 | *+ | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15673974 | *+ | Peoples, 375 N Shore Dr #600, Pittsburgh, PA 15212-5866 |
| 15673977 | * | Sam's Club, c/o Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 15673978 | * | Synchrony Bank/Walmart, PO Box 965003, Orlando, FL 32896-5003 |
| 15668470 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673979 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673980 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15673981 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15673982 | * | US Bank/RMS, Cb Disputes, Saint Louis, MO 63166 |
| 15673983 | *+ | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15673984 | *+ | WebBank, 6440 South Wasatch Blvd., Suite 300, Salt Lake City, UT 84121-3518 |
| 15673985 | * | Weltman, Weinberg & Reis Co., L.P.A., 436 7th Ave., Ste. 2500, James Peter Valecko, Esq., Pittsburgh, PA 15219-1842 |

TOTAL: 1 Undeliverable, 47 Duplicate, 0 Out of date forwarding address

Case 23-22722-CMB    Doc 49    Filed 07/03/25    Entered 07/04/25 00:37:47    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 01, 2025 | Form ID: pdf900 | Total Noticed: 65 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Francis E. Corbett | on behalf of Interested Party NCI Industries LLC fcorbett@fcorbettlaw.com, fcorbett7@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Jeffrey T. Brehm julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor County of Allegheny rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9