**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/21/2026

IN RE:

JEFFREY T. BREHM                                    Case No.23-22722 CMB
1340 BROADWAY ST.
EAST MC KEESPORT,  PA  15035                         Chapter 13
XXX-XX-9783          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/21/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| AIS PORTFOLIO SERVICES (AMERICAN INFO SC | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  CAP 1 AUTO/PRAE | |

| KML LAW GROUP PC* | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PENNYMAC/PRAE | |

| GRB LAW** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| FRANCIS E CORBETT ESQ++ | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| MITCHELL BUILDING - 707 | Court Claim Number: | ACCOUNT NO.: |
| 304 ROSS ST | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NCI INDUSTRY/PRAE | |

| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON | Trustee Claim Number:5   INT %:  9.00% | CRED DESC:  VEHICLE |
|---|---|---|
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number:13 | ACCOUNT NO.:  1603 |
| PO BOX 661381 | | |
| | CLAIM:  6,343.20 | |
| DALLAS, TX  75266-1381 | COMMENT:  x1001/SCH*7118@9%/PL*$6443.92/CL*PIF/CR/REFUND | |

| PENNYMAC LOAN SERVICES LLC | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| PO BOX 660929 | Court Claim Number:11 | ACCOUNT NO.:  9787 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0929 | COMMENT:  PMT/DECL*DKT4LMT*BGN 1/24 | |

| CAPITAL ONE NA BY AMERICAN INFOSOURCE - | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.:  8658 |
| | CLAIM:  1,604.72 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| CAVALRY SPV I LLC - ASSIGNEE(*) | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.:  9105 |
| PO BOX 27288 | | |
| | CLAIM:  742.47 | |
| TEMPE, AZ  85282 | COMMENT:  CITIBANK/THD | |

| MIDLAND CREDIT MANAGEMENT INC | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 2037 | Court Claim Number:9 | ACCOUNT NO.:  5036 |
| | CLAIM:  817.89 | |
| WARREN, MI  48090 | COMMENT:  NO$/SCH*COMENITY CAPITAL BANK | |

| LVNV FUNDING LLC | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:15 | ACCOUNT NO.:  4500 |
| PO BOX 10587 | | |
| | CLAIM:  521.76 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| DISCOVER BANK(*) | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3025 | Court Claim Number:7 | ACCOUNT NO.:  8528 |
| | CLAIM:  2,780.34 | |
| NEW ALBANY, OH  43054 | COMMENT: | |

| DUQUESNE LIGHT COMPANY(*) | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN LEGAL SERVICES | Court Claim Number:18 | ACCOUNT NO.:  5626 |
| 100 S COMMONS | | |
| SUITE 118 OGC-L1 | CLAIM:  1,406.17 | |
| PITTSBURGH, PA  15212 | COMMENT:  NO$/SCH | |

| GOLDMAN SACHS BANK USA++ | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 111 MAIN ST 8TH FL | Court Claim Number: | ACCOUNT NO.:  4384 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84101 | COMMENT:  NT ADR/SCH | |

| JEFFERSON CAPITAL SYSTEMS LLC(*) | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:8 | ACCOUNT NO.:  5881 |
| | CLAIM:  1,194.18 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3700001902*X2003/SCH*AVANT | |

| KOHLS DEPARTMENT STORE | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.:  1515 |
| PO BOX 800849 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75380 | COMMENT:  NT ADR~CAP 1/SCH | |

| CITIBANK NA** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| EXCEPTION PAYMENTS | Court Claim Number:19-2 | ACCOUNT NO.:  3790 |
| 4674 HOUSTON RD | | |
| | CLAIM:  1,229.71 | |
| FLORENCE, KY  41042 | COMMENT:  MACYS*AMD | |

| DISTRICT COURT | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| #05 2 11 | Court Claim Number: | ACCOUNT NO.:  2023 |
| 371 LINCOLN HWY | | |
| | CLAIM:  0.00 | |
| NORTH VERSAILLES, PA  15137 | COMMENT:  NO$~DELQ REFUSE/SCH*CLM@CID 30 | |

| MARINER FINANCE LLC | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 8110 CORPORATE DR | Court Claim Number:10 | ACCOUNT NO.:  1381 |
| | CLAIM:  3,765.20 | |
| NOTTINGHAM, MD  21236 | COMMENT:  X8117/SCH*SIGNED@SEAL 5/18/22 | |

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:4 | ACCOUNT NO.:  7696 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  1,161.92 | |
| PITTSBURGH, PA  15212 | COMMENT:  NO$/SCH | |

| PRA/PORTFOLIO RECOVERY ASSOC | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 12914 | Court Claim Number:20 | ACCOUNT NO.:  6713 |
| | CLAIM:  1,163.00 | |
| NORFOLK, VA  23541 | COMMENT:  SYNC BANK/WALMART | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:21 | ACCOUNT NO.:  8401 |
| | CLAIM:  802.62 | |
| NORFOLK, VA  23541 | COMMENT:  NO$~SAMS | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:17-2 | ACCOUNT NO.:  4710 |
| PO BOX 10587 | | |
| | CLAIM:  2,922.84 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  WEBBANK/UPGRADE*AMD | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR CREDIT C** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:5 | ACCOUNT NO.:  6566 |
| PO BOX 2489 | | |
| | CLAIM:  3,314.71 | |
| KIRKLAND, WA  98083-2489 | COMMENT:  NO$~UPGRADE~NTC ONLY/SCH*CROSS RIVER BANK | |

| | | |
|---|---|---|
| **US BANK NA**\*\* | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5227 | Court Claim Number:14 | ACCOUNT NO.:  3685 |
| | CLAIM:  514.89 | |
| CINCINNATI, OH  45201-5227 | COMMENT: | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)**\* | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6-2 | ACCOUNT NO.:  K132 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  541-K-132;22*CL6GOV*NT/SCH-PL*WNTS 12%*AMD CL=$0 | |

| | | |
|---|---|---|
| **US DEPARTMENT OF HUD**\*\* | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 2000 N CLASSEN BLVD STE 3200 | Court Claim Number:2 | ACCOUNT NO.:  7788 |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73106 | COMMENT:  NO PMT/CONF*$5,214.51/CL*NT/SCH-PL*NOT CURRENTLY DUE | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:11 | ACCOUNT NO.:  9787 |
| | CLAIM:  7,055.93 | |
| DALLAS, TX  75266-0929 | COMMENT:  CL11GOV*6500/PL*THRU 12/23 | |

| | | |
|---|---|---|
| **NCI INDUSTRIES LLC** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| 4134 OLD WILLIAM PENN HIGHWAY | Court Claim Number:12 | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MONROEVILLE, PA  15146 | COMMENT:  ABANDONED/OE*NT/SCH-PL*HOME IMPROVEMENTS*WNTS 6%*156,600/CL*DK!!! | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:16 | ACCOUNT NO.:  2029 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*CITIBANK*STALE CL@ $4403.77 W/D*DOC 23 | |

| | | |
|---|---|---|
| **EAST MCKEESPORT BORO- REFUSE** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 907 FLORENCE AVE | Court Claim Number:22 | ACCOUNT NO.: |
| | CLAIM:  1,121.26 | |
| EAST MCKEESPORT, PA  15035 | COMMENT:  ACCT/SCH=2023@CID 17*DELQ REFUSE~NO$~MAGIST DIST JUDGE/SCH@CID 17 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  0929 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/DOE-STIP MDF PL*BGN 4/25-DISTRIB | |

| | | |
|---|---|---|
| **GRB LAW** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 525 WILLIAM PENN PLACE STE 3110 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  ALLEGHENY CNTY/PRAE | |

| | | |
|---|---|---|
| **WH BURKLEY LLP**** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O BRENT J LEMON ESQ - FOR DUQUESNE LIG | Court Claim Number: | ACCOUNT NO.: |
| 601 GRANT ST 9TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQUESNE LIGHT CO/PRAE | |